# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANGELO KOLOBOTOS, an individual;<br><br>　　Plaintiff,<br>v.<br><br>DITECH FINANCIAL LLC; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 20, inclusive,<br><br>　**Defendants.** | CASE NO.: 2:18-CV-03077-WBS-KJN<br><br>**ORDER DENYING MOHAMMAD MAAZ'S REQUEST TO APPEAR TELEPHONICALLY** |

Because of the unique circumstances of this case, including the fact that plaintiff resides outside the State of California and his attorney has been unable to communicate with him, the court requires that plaintiff's attorney appear personally at the March 11, 2019 hearing on his motion to withdraw, unless counsel can assure the court that plaintiff himself will attend the hearing.

IT IS SO ORDERED.

Dated: March 5, 2019

　　　　　　　　　　　　　　　　_William B. Shubb_
　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

-1-
**[PROPOSED] ORDER GRANTING MOHAMMAD MAAZ'S REQUEST TO APPEAR TELEPHONICALLY**