| | |
|---|---|
| ANGELOS KOLOBOTOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:18-cv-3077 WBS KJN<br><br>ORDER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

----oo0oo----

Pursuant to the discussion at the hearing before the court on March 11, 2019, plaintiff has thirty days from the date this Order is filed to file a signed substitution of counsel, either substituting himself pro se or another attorney in place of Harpreet Singh, Michael Avanesian, Mohammad Maaz, and Serop Hovsepian. If plaintiff does not file a signed substitution of counsel within the specified time period, the court will assume that plaintiff no longer wishes to pursue this case and will

1

dismiss the action without prejudice for lack of prosecution.

Plaintiff's counsel is directed to serve this Order on plaintiff via certified mail and file a proof of service with the court.  The court stays this case pending the resolution of the issues discussed in this Order.  See Landis v. N. Am. Co., 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

IT IS SO ORDERED.

Dated: March 14, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE