|   |   |
|---|---|
| ANGELOS KOLOBOTOS, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>DITECH FINANCIAL LLC; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 20, inclusive,<br><br>          Defendants. | No. 2:18-cv-3077 WBS KJN<br><br>ORDER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

----oo0oo----

On March 14, 2019, the court issued an order giving plaintiff thirty days to file a signed substitution of counsel, either substituting himself pro se or another attorney in place of his existing counsel. (Docket No. 15.) The court also explained that if plaintiff did not file a signed substitution of counsel within the specified time period, the court would assume that he no longer wished to pursue the case and would dismiss the action without prejudice for lack of prosecution.

1

More than six months has passed, and plaintiff has not filed a signed substitution of counsel or otherwise attempted to prosecute this case during this time. Accordingly, this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for lack of prosecution. The Clerk of Court is directed to close this case and enter final judgment for defendants.

IT IS SO ORDERED.

Dated: October 4, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE